UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HENRY JONES,

                             Plaintiff,                     18-CV-4064 (GBD) (KHP)

       -against-                                     **ORDER**

THE CITY OF NEW YORK, et al.,

                             Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of the City's motion to compel Plaintiff to be deposed on November 22, 2019. (Doc. No. 46.) The City's motion is denied. The deadline for discovery is extended to **December 6, 2019**. Plaintiff's counsel shall provide the City with a date certain for Plaintiff's deposition by **November 27, 2019**.

The parties are directed to file a joint letter by **December 6, 2019** to inform the Court as to the status of the case and if the parties intend to file dispositive motions.

Plaintiff is warned that failure to participate in discovery may result in sanctions or the dismissal of the case for failure to prosecute.

      **SO ORDERED.**

DATED:     New York, New York
                November 20, 2019

                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2019