**CAITLIN ROBIN**
**& ASSOCIATES**

30 Broad Street, Suite 702 New York, NY 10004     Tel. 646-524-6026   Fax. 929-210-7549
737 Main Street, Suite 201, Buffalo, NY 14203     Tel. 716-771-3082
robinandassociates.com

Arjeta Albani
Annette Aletor
Cary London
Meredith Lander
Caitlin Robin
Henry Tilson
Kevin Volkommer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 0 4 2019

SO ORDERED

The initial conference is
adjourned from December 2,
2019 to January 7, 2020 at
9:45 a.m.

*Geowge B. Daniel*
HON. GEORGE B. DANIELS

VIA ECF

December 2, 2019

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Jones v. City of New York, et al.,
Docket No. 18-cv-04064 (GDB) (KHP)

Your Honor:

We represent the Plaintiff in the above-referenced matter. I am writing to the Court to request an adjournment of the conference scheduled for tomorrow, December 2, 2019, at 9:45AM. We were just retained last week on this case, and we have a deposition scheduled for Thursday December 4, 2019. I apologize to the Court for the last minute request, but unfortunately I have to be in another Court tomorrow morning. This is Plaintiffs first request for an adjournment, and the Defendants Counsel, Valerie Smith, consents to this request. Both Plaintiff and Defense are available:

1) December 6 from 11am to 1pm
2) December 10 from 2pm-5pm
3) December 17 from 1pm-5pm

We apologize for the narrow time frames, but this is the best we could with the Holidays comings up. We thank the Court for their time.

Respectfully submitted,

/s/_____
Cary London
Attorney for Plaintiff