**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

HENRY JONES,

                                Plaintiff,

               -against-

THE CITY OF NEW YORK, et al.,

                              Defendants.

-------------------------------------------------------------------X

**18-CV-4064 (GBD) (KHP)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/06/2019

**KATHARINE H. PARKER, United States Magistrate Judge:**

On December 5, 2019, the parties appeared for a case management conference. The following order is entered:

**Discovery.** The fact discovery deadline is extended to **January 17, 2020**. No further extensions will be granted.

**Status Letter.** The City is directed to file a status letter by **December 20, 2019** to update the Court as to whether the City will accept service of Plaintiff's forthcoming deposition subpoena. The letter will also state the date for the pending deposition and address whether Corporation Counsel will be representing the witness at the deposition.

**Motion to Amend.** By **December 16, 2019**, Plaintiff will provide a copy of the proposed amended complaint to the City. Plaintiff will also provide a redline of the proposed amended complaint to the operative complaint. By **January 8, 2020**, Plaintiff will file a letter updating the Court as to whether the City has consented to Plaintiff's proposed amendment or, alternatively, Plaintiff will file a moving brief. The City's opposition, if any, is due by **January 17, 2020.** Plaintiff's reply, if any, is due by **January 24, 2020.**

**Status Conference.** A status conference in this case is hereby scheduled for **February 5, 2020 at 11:00 a.m.** The parties are directed to be prepared to discuss Plaintiff's motion to amend if filed.

**SO ORDERED.**

DATED: New York, New York
December 6, 2019

_____
KATHARINE H. PARKER
United States Magistrate Judge