

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 0 7 2020

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**VALERIE E. SMITH**
*Senior Counsel*
*Phone: (212) 356-2398*
*Fax: (212) 356-3509*
*vsmith@law.nyc.gov*

January 6, 2020

**VIA ECF**
Honorable Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

JAN 0 7 2020

SO ORDERED
The conference scheduled for January 7, 2020 is adjourned to March 3, 2020 at 9:45 a.m.
HON. GEORGE B. DANIELS

Re: Henry Jones v. City of New York et al.
18 CV 4064 (GBD) (KHP)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, representing defendant City of New York in the above referenced matter. Defendant writes to request that the conference scheduled for January 7, 2020 at 10:45 a.m. be adjourned *sine die* as this matter was referred to Judge Katherine Parker for settlement, general pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement), and dispositive motion (i.e., motion requiring a Report and Recommendation). *See* ECF No. 23. Plaintiff objects to defendant's request for an adjournment of this conference.

      On December 5, 2019, a conference was held before Magistrate Judge Parker at which time the Court addressed plaintiff's request for leave to amend the pleadings. Magistrate Judge Parker granted plaintiff's request and So Ordered the following briefing schedule: plaintiff's moving papers are due on January 8, 2020, defendant's opposition is due January 17, 2020, and plaintiff's reply, if any, is due on January 24, 2020. Additionally, discovery is scheduled to close on January 17, 2020 with a post-discovery status conference scheduled for February 5, 2020. Given that a case management schedule has already been established by Judge Parker, defendant does not believe that an additional conference is necessary or that it will be productive given the current status of this matter.