```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/13/20
```

SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

HENRY JONES,

                                                  Plaintiff,      **ORDER TO UNSEAL**
                                                                      **GRAND JURY MINUTES**

       -against-

                                                                      DOCKET # 18CV04064
THE CITY OF NEW YORK; POLICE OFFICER SAUL       (GBD)(KHP)
QUILES MORALES SHIELD NO. 5235; POLICE
OFFICER RUBEN SERRANO SHIELD NO. 13592;
POLICE OFFICER DANIEL RYAN SHIELD NO. 5262,
                                                    Defendants.      ECF CASE

------------------------------------------------------------------------ x

       Upon hearing Plaintiff's application for an Order to unseal the grand jury minutes of Christopher Rice, (Indictment 188-2016; Docket 2016BX001519) and upon the precedent cited including, *Douglas Oil Co. of California v. Petrol Stops Nw.*, 441 U.S. 211, 222 (1979); *see also In Re District Attorney of Suffolk County*, 58 NY2d 436, 444 (N.Y. 1983); and the important constitutional issues in 42 U.S.C. §1983 cases;

       IT IS HEREBY ORDERED that the grand jury minutes for Sherrod Stuart will be unsealed by the clerk for the Bronx Supreme Court and/or the District Attorneys Office for Bronx County, and made available for copying and review by counsel for Henry Jones.

                                                        SO ORDERED:

02/13/20

                                                        _____
                                                        Hon. Katharine H. Parker
                                                       United States Magistrate Judge
                                                       Southern District of New York