```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/26/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------ x

HENRY JONES,

                Plaintiff,

- against -

THE CITY OF NEW YORK, POLICE OFFICER SAUL
QUILES MORALES, SHIELD NO. 5235, POLICE
OFFICER RUBEN SERRANO, SHIELD NO. 13592;
POLICE OFFICER DANIEL RYAN, SHIELD NO. 5262,

                Defendants.

------------------------------------------------------------------------ x

**UNSEALING ORDER**

18 CV 4064 (GBD) (KHP)

      **IT IS HEREBY ORDERED THAT** the Bronx County Grand Jury testimony of Christopher Rice, and Police Officers Saul Quiles-Morales, Sherrod Stuart, and Ruben Serrano in the matter of <u>People v. Christopher Rice</u>, Case No. 2016BX001519 be made available to James E. Johnson, Corporation Counsel of the City of New York, or to his authorized representatives for inspection, photocopying, and use in the above-referenced federal action on or before March 13, 2020, and that the file shall thereafter be sealed. It is further

      ORDERED that the Bronx County District Attorney's Office and/or the Office of the Corporation Counsel may redact as necessary to protect confidential information prior to disclosure. It is further

      ORDERED that on or before March 27, 2020, the redacted minutes shall be produced to plaintiff's counsel in the above referenced action. It is further

      ORDERED that the parties use the Grand Jury testimony solely for purposes of the pending federal lawsuit in the United States District Court for the Southern District of New York, <u>Henry Jones v. City of New York, et al</u>., 18 CV 4064 (GBD) (KHP ). It is further;

ORDERED that counsel for the parties to the federal action shall not use the Grand Jury testimony for any purpose other than for the preparation or presentation of plaintiff's case in this action, including at trial in front of a jury, and the parties shall not publically file the Grand Jury testimony or otherwise make the Grand Jury testimony known except as stated herein; and it is further

ORDERED that the provision of this Order shall survive the termination of the above referenced federal civil proceeding.

Dated: New York, New York
     **February 26**, 2020

_____
KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUGDE