

| | | |
|---|---|---|
| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | VALERIE E. SMITH<br>*Senior Counsel*<br>*Phone: (212) 356-2398*<br>*Fax: (212) 356-3509*<br>*vsmith@law.nyc.gov* |

March 2, 2020

**VIA ECF**
The Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: MAR 0 2 2020

Re:  Henry Jones v. City of New York et al.,
     18 CV 4064 (GBD) (KHP)

Your Honor:

I am a Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, representing defendant City of New York in the above referenced matter. Defendant writes to request that the conference scheduled for March 3, 2020 at 9:45 a.m., be adjourned *sine die* as this matter was referred to Judge Katherine Parker for settlement, general pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement), and dispositive motion (i.e., motion requiring a Report and Recommendation). *See* ECF No. 23. Defendant contacted plaintiff's counsel for his position on this request, but has not yet received a response. As such, this request is made without plaintiff's consent.

On February 5, 2020 a post-discovery status conference was held before Magistrate Judge Parker. At that time, a briefing schedule for defendant's motion for summary judgment was ordered. Defendant's moving papers are due by March 27, 2020; plaintiff's opposition, if any, is due by April 24, 2020; and defendant's reply, if any, is due May 8, 2020. Given that a briefing schedule has already been established by Judge Parker for defendant's anticipated motion for summary judgment, defendant does not believe that an additional conference is necessary given the current status of this matter.

Accordingly, and in the interest of the judicial economy, defendant requests the conference scheduled for March 3, 2020 be adjourned *sine die*. Thank you for your consideration of this request.

Respectfully submitted,

*Valerie E. Smith*

Valerie E. Smith
Senior Counsel
Special Federal Litigation Division

**To:**  **VIA ECF**
Cary London, Esq.
Wylie Stecklow, Esq.
*Attorneys for Plaintiff*