USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/30/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

HENRY JONES,

                          Plaintiff,                        18-CV-4064 (GBD) (KHP)

           -against-                                 **ORDER**

THE CITY OF NEW YORK, et al.,

                          Defendants.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      Plaintiff's request for permission for alternative service on Defendants Ryan and Serrano is granted. Under Federal Rule of Civil Procedure 4(e)(1) and New York Civil Practice Law and Rules Section 308, the Court may allow alternate service, including by mail, when other types of service are impracticable. *Ransome v. Epstein*, No. 17-CV-616 (JGK), 2018 WL 637421, at *1 (S.D.N.Y. Jan. 30, 2018). Given the Covid-19 national emergency and Plaintiff's representation that other forms of service are impracticable, Plaintiff may serve the Defendants by alternate service and will file proof of such service by no later than **May 4, 2020**.

**SO ORDERED.**

DATED:      New York, New York
              April 30, 2020

                                                          KATHARINE H. PARKER
                                                          United States Magistrate Judge