```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HENRY JONES,

                      Plaintiff,                                      18-CV-4064 (GBD) (KHP)

          -against-                                             **ORDER**

THE CITY OF NEW YORK, et al.,

                      Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Court hereby orders a telephonic case management conference and oral argument, regarding Plaintiff's 4(m) extension motion and the Individual Defendants Officers Serrano and Ryan's motion to dismiss, for this **Friday, October 16, 2020, at 12:00 p.m.** Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

**SO ORDERED.**

DATED:      New York, New York
               October 14, 2020

                                                             _____
                                                              KATHARINE H. PARKER
                                                              United States Magistrate Judge