USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/04/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

HENRY JONES,

                        Plaintiff,                        18-CV-4064 (GBD) (KHP)

      -against-                                          **ORDER**

THE CITY OF NEW YORK, et al.,

                        Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court hereby orders a telephonic case management conference for **Wednesday, January 13, 2021, at 10:30 a.m.** Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

SO ORDERED.

DATED:     New York, New York
                 November 4, 2020

                                                           *Katharine H. Parker*
                                                   _____
                                                   KATHARINE H. PARKER
                                                   United States Magistrate Judge