

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: __11/05/2020__

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JAMES E. JOHNSON
*Corporation Counsel*

JESSICA CLAIRE ENGLE
*Assistant Corporation Counsel*
Phone: (212) 356-0827
Fax: (212) 356-3509
Email: jengle@law.nyc.gov

November 4, 2020

**BY ECF**
Honorable Katherine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**SO ORDERED:**

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
**11/05/2020**

Re:  Henry Jones v. City of New York et al.,
18 CV 4064 (GBD) (KHP)

Your Honor:

I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney assigned to represent defendants City of New York, Daniel Ryan, and Ruben Serrano in the above-referenced matter. <u>Defendants write jointly to respectfully request a two (2) day extension of time to submit a joint letter as ordered by the Court's October 19, 2020 Order</u>.

By way of background, plaintiff commenced this action on May 7, 2018 and filed an Amended Complaint on February 11, 2020. *See* Civil Docket Sheet Entry Nos. 1, 71, 76. Following motion practice, the Court granted plaintiff an extension of time to serve the individual officers in this matter, and recommended that the Honorable George B. Daniels dismiss the officers' FRCP 12(b)(5) motion, and also dismiss defendant City's pending FRCP 56 motion without prejudice. *See* Civil Docket Sheet Entry Nos. 136, 137. At that time, the Court ordered the parties to file a joint letter by November 4, 2020, proposing (1) a schedule for any additional discovery needed by the individual defendants, and (2) a briefing schedule for the anticipated summary judgment motion. *See* Civil Docket Sheet Entry No. 136.

<u>The parties respectfully request a brief, two-day enlargement of time, until November 6, 2020, to file the joint letter ordered by the Court. The parties make this request because they are currently in the midst of discussions that may obviate the need for motion practice in this matter. The parties believe that they will be able to resolve these discussions by that date, and will then be in a position to provide the ordered update to the Court.</u>

Thank you for your consideration and attention to this matter.

                                                Respectfully submitted,

                                                *Jessica C. Engle* /S/
                                                Jessica C. Engle
                                                *Assistant Corporation Counsel*

cc:    Via ECF
        Wylie Stecklow, Esq.
        Cary London, Esq.
        *Attorneys for plaintiff*