USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

HENRY JONES,

                                      Plaintiff,

               -against-

THE CITY OF NEW YORK, et al.,

                                    Defendants.

18-CV-4064 (GBD) (KHP)

**ORDER SCHEDULING ORAL ARGUMENT**

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

A telephonic Oral Argument in this matter is hereby scheduled for **Wednesday, February 10, 2021, at 10:00 a.m.** Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.  **Please dial (866) 434-5269; access code 4858267.**

**SO ORDERED.**

DATED:    New York, New York
              January 13, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge